■ Shannon L. McCaslin, Appellant, v Todd A. Peterson, Respondent. [803 NYS2d 456]—Appeal from an order of the Supreme Court, Chautauqua County (Paula L. Feroleto, J.), entered February 14, 2005 in a personal injury action. The order granted defendant's motion to dismiss the complaint based on lack of personal jurisdiction.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.